**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DARRELL ELLIS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **Case No. CIV-04-369-RAW** |
| | ) | |
| **GREG PROVINCE, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

On August 21, 2007, Magistrate Judge West filed a Report and Recommendation, recommending that this action (commenced by petitioner's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254) be dismissed because petitioner had failed to demonstrate entitlement to habeas relief. Petitioner has timely filed an objection. The Court has conducted the de novo review required by 28 U.S.C. §636(b) of "those portions of the report or specified findings or recommendations to which objection is made." Upon review, the recommendation of the Magistrate Judge will be followed.

It is the Order of the Court that the Report and Recommendation of the United States Magistrate Judge is hereby adopted and affirmed. Petitioner's petition pursuant to 28 U.S.C. §2254 is hereby DISMISSED.

**ORDERED THIS 25th DAY OF SEPTEMBER, 2007.**

**Dated this 25th Day of September 2007.**

_Ronald A. White_
Ronald A. White
United States District Judge
Eastern District of Oklahoma

J4h4i0